Charles R. Holden, plaintiff, v. Northern Hotel Company et al., defendants.

Chicago Title and Trust Company and Robert L. Laughlin, administrators with the will annexed of the estate of Henry D. Laughlin, deceased, appellees, v. The First National Bank of Chicago, appellant. Gen. No. 38,731.

Opinion filed June 8, 1937.

Campbell, Clithero & Fischer, for appellant. Sims & Stransky and Deming, Jarrett & Mulfinger, for appellee; Franklin J. Stransky and C. W. Mulfinger, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Cecelia McGrath, appellee, v. Raymond Dunne, appellant. Gen. No. 39,116.

Opinion filed June 8, 1937.

Arnold D. McMahon, for appellant. Flynn & Lyon, for appellee; George W. Lyon, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Sylvia Kowiecki, a minor, by Frank J. Kowiecki, her father and next friend, appellee, v. Michael Goldstein, appellant. Gen. No. 39,240.

Opinion filed June 8, 1937.

Robertson, Crowe and Spence, for appellant; Burt A. Crowe, of counsel. H. Kay George, for appellee; Roy S. Gaskill, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

John H. McNeil, appellee, v. American Life of Illinois, appellant. Gen. No. 39,250.

Opinion filed June 8, 1937.

Musgrave, Oppenheim, Price & Ewins, for appellant. White, Gaines & Mosely, for appellee; Fleetwood M. McCoy, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.